BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-6748
    Email: pamela.johann@usdoj.gov

Attorneys for the United States of America

FILED *Filing Fee exempt*

NOV 22 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *Matter of Maumgolf Co., Inc.*<br>Case No. 2017Heo1793<br>Ref. No. 2017-F-1901<br><br>*Matter of Maumgolf Co., Inc.*<br>Case No. 2017Heo1519<br>Ref. No. 2017-F-1902<br><br>LETTERS OF REQUEST FROM NATIONAL COURT ADMINISTRATION OF THE REPUBLIC OF KOREA FOR INFORMATION FROM GOOGLE LLC | CV 17 80145 MISC JCS<br>MISC. NO.<br><br>UNOPPOSED APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

      Pursuant to 28 U.S.C. Section 1782 and two Letters of Request from the National Court Administration, Republic of Korea for information from Google LLC, formerly known as Google Inc. ("Google"),[1] and for the reasons stated in the accompanying Memorandum of Points and Authorities, the United States of America petitions this Court to enter the accompanying proposed order. Google does not object to the entry of this order but reserves all rights and objections in responding to the

---

[1] The requests from the Republic of Korea were directed to Google Inc. On September 30, 2017, Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC.

APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782

1

1 | underlying subpoena.

2

3 | DATED: November 22, 2017

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Pamela T. Johann*
PAMELA T. JOHANN
Assistant United States Attorney

APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
2