BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile:  (415) 436-6748
    Email:  pamela.johann @usdoj.gov

Attorneys for the United States of America

**FILED**

NOV 22 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Matter of Maumgolf Co., Inc.*<br>Case No. 2017Heo1793<br>Ref. No. 2017-F-1901<br><br>*Matter of Maumgolf Co., Inc.*<br>Case No. 2017Heo1519<br>Ref. No. 2017-F-1902<br><br>LETTERS OF REQUEST FROM NATIONAL COURT ADMINISTRATION OF THE REPUBLIC OF KOREA FOR INFORMATION FROM GOOGLE LLC | MISC. NO. CV 17 80145 MISC JCS<br><br>DECLARATION OF PAMELA T. JOHANN IN SUPPORT OF UNOPPOSED APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

I, Pamela T. Johann, declare:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I am licensed to practice law in California and to appear before this Court. Unless otherwise stated, I have personal knowledge of the following facts and could testify regarding the following facts if called to do so.

2.    This declaration is submitted in support of the Application of the United States for an order pursuant to 28 U.S.C. § 1782 concerning two letters of request from a court from the Republic of Korea for information from Google LLC, formerly known as Google Inc. ("Google").[1]

---

[1] The requests from the Republic of Korea were directed to Google Inc. On information and

DECLARATION OF PAMELA T. JOHANN    1

3.      On June 15, 2017, the United States Department of Justice received two requests from the National Court Administration of the Republic of Korea seeking assistance under the Hague Convention for the taking evidence from Google. I transmitted these requests to Google on August 8, 2017. On September 1, 2017 and October 12, 2017, I spoke with Einat Clarke, counsel for Google, by telephone. In those conversations, Ms. Clarke stated that Google is willing to provide the information, but that it would do so only pursuant to a United States federal court subpoena. Further, Ms. Clarke stated that it is Google's position that it is prohibited by federal statute from providing the requested information directly to the United States Attorney's Office. Instead, Google will provide the information directly to the requesting South Korean Court. Finally, Ms. Clarke confirmed that Google was willing to accept service of a subpoena and that such service could be effected via email.

4.      Katerina Ossenova of the Office of International Judicial Assistance at the Department of Justice, Civil Division, has confirmed that the procedure whereby Google will transmit the requested information directly to the South Korean Court is acceptable.

5.      On November 22, 2017, I served Google via email with this application and supporting papers, documents for which Google agreed to accept service via email.  Counsel for Google has indicated that it does not oppose this Application for an Order pursuant to 28 U.S.C. § 1782.

I have reviewed the foregoing and declare under penalty of perjury that it is true to the best of my knowledge and belief.

Executed on November 22, 2017, at San Francisco, California.


                                                                    _/s/ Pamela T. Johann_
                                                                    PAMELA T. JOHANN
                                                                    Assistant United States Attorney

---

belief, on September 30, 2017, Google Inc. filed a Certificate of Conversion with the Delaware Secretary of State, in which Google Inc. converted from a corporation to a limited liability company and changed its name to Google LLC.

DECLARATION OF PAMELA T. JOHANN      2