BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile:  (415) 436-6748
    Email:  pamela.johann@usdoj.gov

Attorneys for the United States of America

RECEIVED
NOV 2 2 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*Matter of Maumgolf Co., Inc.*
Case No. 2017Heo1793
Ref. No. 2017-F-1901

*Matter of Maumgolf Co., Inc.*
Case No. 2017Heo1519
Ref. No. 2017-F-1902

LETTERS OF REQUEST FROM NATIONAL COURT ADMINISTRATION OF THE REPUBLIC OF KOREA FOR INFORMATION FROM GOOGLE LLC

MISC. NO. CV 17 80145 MISC JCS

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER PURSUANT TO TITLE 28 U.S.C. § 1782

    Pending before the Court is an application submitted by the United States pursuant to 28 U.S.C. Section 1782 concerning two requests by a Court in the Republic of Korea for information from Google LLC, formerly known as Google Inc. ("Google").  At this time, the United States requests that the Court appoint Pamela T. Johann, Assistant United States Attorney, as Commissioner, and authorize AUSA Johann to serve Google with a subpoena in accordance with the terms and conditions set forth below. Google does not oppose the entry of this proposed Order, but it reserves all rights and objections with respect to the underlying subpoena.

    Having reviewed and considered the application and supporting documents submitted in this

[PROPOSED] ORDER                                   1

case, and pursuant to the power conferred on it under 28 U.S.C. § 1782 and its inherent authority, the Court hereby ORDERS that AUSA Johann is appointed as Commissioner and is authorized to serve Google with a subpoena in accordance with the following terms and conditions:

  1. Upon receipt of the subpoena, Google shall promptly make a diligent search for reasonably available information identifying the name and contact information of the owner(s) of the YouTube account(s) associated with the videos identified in the requests from the Republic of Korea.

  2. Within 7 calendar days from receipt of the subpoena, Google shall provide a copy of the subpoena to the relevant account owner and advise them that Google will provide the information responsive to the subpoena unless they file, within 21 calendar days from the date they receive the subpoena, an objection or a motion to quash.

  3. Subject to the limitation described in paragraph 2 of this Order, within 30 calendar days from receipt of the subpoena, Google shall produce the requested information to the extent it is reasonably available, along with a notarized verification signed under penalty of perjury, directly to the requesting court at the following physical address:

> National Court Administration
>     Attention: Director of International Affairs
> 219 Seocho-Daero, Seocho-Gu
> Seoul  06590
> REPUBLIC OF KOREA

  4. Within 7 calendar days after producing its response to the South Korean Court, Google shall provide AUSA Johann with a certification signed under penalty of perjury indicating the date on which Google produced its response to the South Korean Court in compliance with this Order.

  5. This Order does not preclude the United States from filing an amended petition for a further order authorizing an amended subpoena requesting additional information from Google in the event the South Korean Court requests additional information from Google after reviewing Google's response to the subpoena authorized by this Order.

  IT IS SO ORDERED.

DATED: _____

                                                          _____